ALEX G. TSE (CABN 152348)
Acting United States Attorney
SARA WINSLOW, DC No. 457643
Chief, Civil Division
CLAIRE T. CORMIER, CA No. 154364
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
claire.cormier@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Nydia Lirola v. Jose Ernesto Lanata, et al.,<br>DOJ Reference No. 189-44-18-3<br><br>REQUEST FROM ARGENTINE COURT FOR INFORMATION FROM GOOGLE, INC. AND TWITTER, INC. | No. CV-18 80009 MISC SVK<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO TITLE 28 U.S.C. § 1782 |

Pending before the Court is an application submitted by the United States Attorney pursuant to 28 U.S.C. Section 1782 concerning requests by an Argentine Court for information from Google, Inc. ("Google") and Twitter, Inc. ("Twitter"). At this time, the United States Attorney requests only that the Court appoint Claire T. Cormier, Assistant United States Attorney, as Commissioner, and authorize AUSA Cormier to serve Google and Twitter with subpoenas in accordance with the terms and conditions set forth below. The Court has reviewed the application and supporting papers and documents, which show that Google and Twitter do not oppose entry of this Proposed Order.

Pursuant to the power conferred on it under 28 U.S.C. § 1782, its inherent authority, and pursuant to the agreements of the United States and Google and the United States and Twitter, the Court hereby ORDERS that AUSA Claire T. Cormier is appointed as Commissioner, and is authorized to serve Google and Twitter each with a subpoena in accordance with the following terms and conditions:

1. The subpoena will request the information stated in the requests for international judicial assistance from the Argentine Court (the "Argentine Court requests") attached to the Declaration of Claire T. Cormier.

2. Google and Twitter shall promptly make a diligent search for the information stated in the Argentine Court requests that is not otherwise objectionable.

3. Google and Twitter may state objections to the subpoena and the Argentine Court requests. If Google or Twitter objects to any portion of the subpoena or Argentine Court requests or does not provide all of the information requested, this Order does not preclude the United States from seeking to enforce the subpoena or from filing an amended petition for a further order authorizing an amended subpoena requesting additional information from Google or Twitter.

4. Within 30 calendar days from receipt of the subpoena, Google and Twitter shall each provide a response to the subpoena. The response shall include any objections to the subpoena or the Argentine Court requests. For any subjects to which objections are not asserted, the response shall include the requested information to the extent it is available, along with a notarized verification signed under penalty of perjury. Google and Twitter shall provide the response to AUSA Cormier at the following address:

>   Claire T. Cormier
>   United States Attorney's Office
>   150 Almaden Blvd., Suite 900
>   San Jose, CA 95113

5. This Order does not preclude the United States from filing an amended petition for a further order authorizing an amended subpoena requesting additional information from Google or Twitter in the event the Argentine Court requests additional information from Google or Twitter after reviewing Google's or Twitter's response to the subpoena authorized by this Order.

IT IS SO ORDERED.

DATED: January 22, 2018

_____
UNITED STATES MAGISTRATE JUDGE